## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   TERRENCE J SCHULTZ                §
         JENNIFER M SCHULTZ                §    Case No.: 09-18149
                                           §
                                           §
                                           §
         Debtor(s)                         §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/19/2009.

2) This case was confirmed on 07/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/16/2009, 08/13/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/26/2010.

5) The case was converted on 01/27/2010.

6) Number of months from filing to the last payment: 6

7) Number of months case was pending: 10

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    40,900.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 5,565.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 5,565.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,469.11 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 341.88 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,810.99 |
| Attorney fees paid and disclosed by debtor | $ 1,025.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FIN | SECURED | 18,000.00 | 22,787.95 | 22,787.95 | 2,044.14 | 392.94 |
| BAC HOME LOANS SERVI | SECURED | 176,395.00 | 176,395.65 | .00 | .00 | .00 |
| HARLEY DAVIDSON CRED | SECURED | 15,000.00 | 22,623.32 | .00 | .00 | .00 |
| HARLEY DAVIDSON FIAN | UNSECURED | 5,615.00 | NA | NA | .00 | .00 |
| ROGERS & HOLLANDS JE | SECURED | 1,484.00 | 1,484.12 | 1,484.00 | 290.24 | 26.69 |
| BAC HOME LOANS SERVI | SECURED | NA | 17,559.44 | .00 | .00 | .00 |
| ORLANDO LOPEZ | PRIORITY | 27,018.00 | 37,782.41 | 37,782.41 | .00 | .00 |
| ORLANDO LOPEZ | OTHER | .00 | NA | NA | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 17.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTHCARE | UNSECURED | 804.00 | NA | NA | .00 | .00 |
| ALLSTATE INSURANCE C | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,150.00 | 1,315.10 | 1,315.10 | .00 | .00 |
| CAPITAL MANAGEMENT S | OTHER | .00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SE | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| PHYSICIANS PROMPT CA | UNSECURED | 570.00 | 569.50 | 569.50 | .00 | .00 |
| CHRIST MEDICAL GROUP | UNSECURED | 276.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 8,149.00 | 7,829.84 | 7,829.84 | .00 | .00 |
| ALLSTATE CASUALITY | OTHER | .00 | NA | NA | .00 | .00 |
| CREDITORS DISCOUNT & | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 5,706.00 | 6,069.01 | 6,069.01 | .00 | .00 |
| FEATURE FILMS FOR FA | UNSECURED | 11.00 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,155.00 | 1,209.10 | 1,209.10 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HIGH TECH MEDICAL PA | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| INTERMOUNTAIN HEALTH | UNSECURED | 254.00 | 270.55 | 270.55 | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 845.00 | NA | NA | .00 | .00 |
| CHRIST MEDICAL GROUP | OTHER | .00 | NA | NA | .00 | .00 |
| HIGH TECH MEDICAL PA | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 1,113.00 | 1,113.75 | 1,113.75 | .00 | .00 |
| PATIENTS 1ST MED CON | UNSECURED | 300.00 | 300.00 | 300.00 | .00 | .00 |
| MUNSTER RADIOLOGY GR | UNSECURED | 197.00 | 197.00 | 197.00 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 257.00 | 260.21 | 260.21 | .00 | .00 |
| NCO FIN/99 | UNSECURED | 990.00 | NA | NA | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | 38.00 | 989.82 | 989.82 | .00 | .00 |
| ORLAND FAMILY SERVIC | UNSECURED | 237.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 404.00 | NA | NA | .00 | .00 |
| PFG OF MINNESOTA | UNSECURED | 3,863.00 | NA | NA | .00 | .00 |
| RANDY A GODSHALK ESQ | PRIORITY | 2,136.00 | 2,136.92 | 2,136.92 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 134.00 | 134.22 | 134.22 | .00 | .00 |
| RMCB | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| ROYAL HOLIDAY CLUB | UNSECURED | 1,633.00 | NA | NA | .00 | .00 |
| SAAB FINANCIAL SERV | UNSECURED | 3,366.00 | 3,863.26 | 3,863.26 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 16,608.00 | 16,727.91 | 16,727.91 | .00 | .00 |
| ISAC | UNSECURED | 3,168.00 | 7,075.28 | 7,075.28 | .00 | .00 |
| SILKIES PAYMENT CENT | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| PHARIA LLC | UNSECURED | 5,513.00 | 5,513.59 | 5,513.59 | .00 | .00 |
| VILLAGE OF ORLAND PA | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 282.00 | 343.99 | 343.99 | .00 | .00 |
| CHILD SUPPORT DIVISI | PRIORITY | 27,018.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |
| ROGERS & HOLLANDS JE | UNSECURED | NA | .00 | .12 | .00 | .00 |
| INDIANA STATE COLLEC | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 153.75 | 153.75 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 12,326.26 | 12,326.26 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 22,787.95 | 2,044.14 | 392.94 |
| All Other Secured | 1,484.00 | 290.24 | 26.69 |
| **TOTAL SECURED:** | 24,271.95 | 2,334.38 | 419.63 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 37,782.41 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,136.92 | .00 | .00 |
| **TOTAL PRIORITY:** | 39,919.33 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 66,262.26 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,810.99 |
| Disbursements to Creditors | $ | 2,754.01 |
| **TOTAL DISBURSEMENTS:** | $ | 5,565.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/25/2010          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**